UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Barbara Finch, individually, etc., et al.

                       Plaintiffs,

     -against-

New York State Office of Children and
Family Services, et al.,

                       Defendants.
----------------------------------------------------------x

Docket No. 04 CV 1668
(SAS) (JCF)

**Order**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/09

     Plaintiffs on August 5, 2009 having requested by letter application permission to amend the Complaint, the State having opposed such amendment and after having heard argument by respective counsel on August 7, 2009,

     IT IS HEREBY ORDERED that plaintiffs' application to file and serve Third Amended Complaint is granted. The clerk is directed to accept the Third Amended Complaint for filing.

                                                       _____
                                                       Shira A. Scheindlin
                                                       Judge, United States District Court

Dated:
     New York, N.Y.
     August 13, 2009

United States District Court
Southern District of New York
------------------------------------------------------x
Barbara Finch, etc., et al.

                                       Plaintiffs,

      -against-

                                                    Docket No. 04CV 1668
                                                      (SAS)(JCF)
New York State Office of Children        Certificate of Service
and Family Services, et al.
                       Defendants.
------------------------------------------------------x

      I hereby certify that on August 12, 2009 I caused a true and correct copy of the foregoing Order to be served by electronic mail and by first class mail on the following individual:

                Andrew M. Cuomo, Esq.
                Attorney General
                Robert L. Kraft, Esq.
                Assistant Attorney General
                State of New York
                120 Broadway
                New York, N.Y. 10271-0332
                Attorney for State Defendants

                                                                   _____
                                                                   Kathleen Butler

Dated:   August 12, 2009
           New York, N.Y.

Docket No. 04 CV 1668 (SAS) (JCF)
United States District Court
Southern District of New York

-------------------------------------------------

Barbara Finch, etc., et al.

Plaintiffs,

-against-

New York State Office of Children
and Family Services, et al.

Defendants.

-------------------------------------------------

## ORDER

-------------------------------------------------

Law Offices of Thomas Hoffman, P.C.
250 W. 57 St., Suite 1020
New York, N.Y. 10107
Tel. No. 212 581 1180
Fax No. 212 581 8002
Attorneys for Plaintiffs