UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - :
BARBARA FINCH, individually, on : 04 Civ. 1668 (SAS) (JCF)
behalf of Manny Moe and on behalf :
of all others similarly situated, :     O R D E R
CAROL JORDAN, individually and on :
behalf of all others similarly :
situated, and BARBARA ORTIZ, :
individually and on behalf of all :
others similarly situated, :
                                   :
            Plaintiffs, :
                                   :
   - against - :
                                   :
NEW YORK STATE OFFICE OF CHILDREN :
AND FAMILY SERVICES; JOHN A. :
JOHNSON, individually and in his :
capacity as the Commissioner of :
the New York State Office of :
Children and Family Services; THE :
CITY OF NEW YORK, ADMINISTRATION :
FOR CHILDREN'S SERVICES; WILLIAM :
C. BELL, individually and in his :
capacity as Commissioner of the :
Administration for Children's :
Services of the City of New York; :
DAVE R. PETERS, individually and :
in his capacity as Director, State :
Central Register, New York State :
Office of Children and Family :
Services, Division of Development :
and Prevention Services; :
JANE DOE 1, individually and in :
her capacity as a Supervisor of :
the State Central Register; JANE :
DOE 2, individually and in her :
capacity as an employee of the :
State Central Register; JOHN DOE 1, :
individually and in his capacity :
as a Supervisor of Administration :
for Children's Services; and JOHN :
DOE 2, individually and in his :
capacity as an employee of :
Administration for Children's :
Services, :
            Defendants. :
- - - - - - - - - - - - - - - - - - - :

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/09

1

A pretrial conference having been held on August 26, 2009, it is hereby ORDERED as follows:

1. Counsel shall brief plaintiffs' spoilation motion as follows:

    a. Plaintiffs shall file their motion by August 26, 2009.

    b. Defendants shall answer the motion by September 26, 2009.

    c. Plaintiffs shall reply by October 13, 2009.

2. Counsel shall brief plaintiffs' motion to compel pursuant to the following schedule. The motion shall address both any documents purportedly improperly withheld on grounds of privilege and any other information requested but not produced.

    a. Plaintiffs shall file their motion by September 16, 2009.

    b. Defendants shall answer the motion by September 30, 2009.

    c. Plaintiffs shall reply by October 13, 2009.

3. The parties shall resume sampling of terminated hearing requests pursuant to the protocol set forth in the letter of Thomas Hoffman dated August 12, 2009. However, SCR or BSH managers may be present during the sampling process and may take notes.

4. No information relating to terminated hearing requests shall be altered, modified, or deleted for the duration of this litigation.

5. By September 11, 2009, defendants shall provide responses

2

to Plaintiffs' Third Request for Production of Documents and to Plaintiffs' Third and Fourth Sets of Interrogatories.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         August 26, 2009

Copies mailed this date:

Thomas Hoffman, Esq.
Thomas Hoffman Law Offices, PC
250 West 57th Street, Suite 1020
New York, New York 10107

Robert L. Kraft, Esq.
Assistant Attorney General
120 Broadway
New York, New York 10271