UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BARBARA FINCH individually, on behalf of Manny Moe
and on behalf of all others similarly situated,
CAROL JORDAN, individually and on behalf of all others
similarly situated and BARBARA ORTIZ, individually
and on behalf of all others similarly situated,

                          Plaintiffs,

                    -against-

NEW YORK STATE OFFICE OF CHILDREN AND
 FAMILY SERVICES; JOHN A. JOHNSON, individually
and in his capacity as the Commissioner of the New York
State Office of Children and Family Services;
THE CITY OF NEW YORK, ADMINISTRATION FOR
CHILDREN'S SERVICES; WILLIAM C. BELL,
individually and in his capacity as Commissioner of the
Administration for Children's Services of the City of
New York; DAVE R. PETERS, individually and in his
capacity as Director, State Central Register, New York
State Office of Children and Family Services, Division of
Development and Prevention Services; JANE DOE 1,
individually and in her capacity as a Supervisor of the
State Central Register; JANE DOE 2, individually and in
her capacity as an employee of the State Central Register;
JOHN DOE 1, individually and in his capacity as a
Supervisor of Administration for Children's Services;
JOHN DOE 2, individually and in his capacity as an
employee of Administration for Children's Services;
NEW ALTERNATIVES FOR CHILDREN, INC.;
and TALBOT PERKINS AGENCY.

                          Defendants.

------------------------------------------------------------------------x

**Docket No.**
**04 CV 1668 (SAS) (JCF)**

**STIPULATION**
**AND ORDER**



WHEREAS, this action was commenced by the three above-named plaintiffs

("Plaintiffs") on behalf of themselves and of a proposed class of persons who were listed as

subjects of indicated reports of child abuse or maltreatment on the Statewide Central Register of

1

Child Abuse and Maltreatment and who requested amendment of said indicated reports to unfounded against, among other defendants, John A. Johnson, in his capacity as Commissioner of the New York State Office of Children and Family Services[1] ("OCFS"), and Dave R. Peters, in his capacity as Director of the Statewide Central Register of Child Abuse and Maltreatment[2] ("SCR") (collectively "State defendants") ; and

WHEREAS, State defendants operate computer systems that contain information about persons named as subjects of indicated reports of child abuse or maltreatment ("the child abuse and maltreatment report system of record"); and

WHEREAS, subjects of indicated reports of child abuse or maltreatment may request that their reports be amended from indicated to unfounded; and

WHEREAS, if the SCR determines to amend the reports after administrative review, or a decision is made by an administrative law judge after an administrative hearing that the report must be amended, the report is amended from indicated to unfounded; and

WHEREAS, New York Social Services Law § 422 provides that certain reports are to be deleted from the system of record based on the passage of time; and

WHEREAS, by Order dated February 12, 2009, the Court granted Class Counsel's request to re-open discovery; and

WHEREAS, Class Counsel served multiple Requests for the Production of Documents that request State defendants to review records regarding individual cases as far back as 2002;

---

John A. Johnson's term in office as Commissioner of the New York State office of Children and Family Services ended on December 31, 2006. Gladys Carrión, Esq., is now Commissioner of the New York State Office of Children and Family Services.

Dave R. Peters has retired and no longer holds that position.

and

WHEREAS, State defendants have implemented a litigation hold preventing deletion of any records so as to be able to comply with possible discovery requests in this action; and

WHEREAS, implementation of the litigation hold results in maintenance of child abuse and maltreatment reports on the child abuse and maltreatment report system of record where such reports should now be inaccessible based on their age or where a determination has been made to amend them from indicated to unfounded;

IT IS HEREBY STIPULATED AND ORDERED:

1. The OCFS does not violate any discovery obligations in this action if, as of the date of So Ordering of this Stipulation, it resumes record retention processes within the child abuse and maltreatment report system of record.

2. Any indicated report where the youngest child named in the report is at least 28 years old will be expunged or otherwise fail to be accessible as per the requirements of the New York State Social Services Law.

3. Any unfounded report designated for expungement under New York Social Services Law § 422(5)(c) or any unfounded report that is at least 10 years past the oral report date for said report, will also be expunged in accordance with the requirements of the New York Social Services Law.

4. All case files in the possession of OCFS that are associated with the expunged records will also be expunged.

5. No policy document, or other document created in response to the Finch litigation will be deleted.

3

Dated: New York, New York
      January ___, 2010


Law Offices of Thomas Hoffman, P.C.

Attorney for Plaintiffs

By: _____

Thomas Hoffman Esq.
250 West 57 Street, Suite 1020
New York, New York 10107
(212) 581-1180

Andrew M. Cuomo, Attorney General
of the State of New York
Attorney for State Defendants

By: _____

Robert L. Kraft
Assistant Attorney General
120 Broadway 24th Floor
New York, New York  10271
(212) 416-8632

So Ordered:

_____

Shira A. Scheindlin
United States District Judge

Dated: ___Feb. 5 2010___