UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
BARBARA FINCH individually, on behalf of Manny Moe
and on behalf of all others similarly situated,
CAROL JORDAN, individually and on behalf of all others
similarly situated and BARBARA ORTIZ, individually
and on behalf of all others similarly situated,

                             Plaintiffs,

-against-

NEW YORK STATE OFFICE OF CHILDREN AND
FAMILY SERVICES; JOHN A. JOHNSON, individually
and in his capacity as the Commissioner of the New York
State Office of Children and Family Services;
THE CITY OF NEW YORK, ADMINISTRATION FOR
CHILDREN'S SERVICES; WILLIAM C. BELL,
individually and in his capacity as Commissioner of the
Administration for Children's Services of the City of
New York; DAVE R. PETERS, individually and in his
capacity as Director, State Central Register, New York
State Office of Children and Family Services, Division of
Development and Prevention Services; JANE DOE 1,
individually and in her capacity as a Supervisor of the
State Central Register; JANE DOE 2, individually and in
her capacity as an employee of the State Central Register;
JOHN DOE 1, individually and in his capacity as a
Supervisor of Administration for Children's Services;
JOHN DOE 2, individually and in his capacity as an
employee of Administration for Children's Services;
NEW ALTERNATIVES FOR CHILDREN, INC.;
and TALBOT PERKINS AGENCY.

                             Defendants.
------------------------------------------------------------------------x

ORDER

04 Civ. 1668 (SAS) (JCF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/10

SHIRA A. SCHEINDLIN, U.S.D.J.:

        The parties and their attorneys have entered into a Stipulation of

Partial Settlement of a Class Action, dated January 15, 2010 (the "Settlement

Agreement"), in which the parties have agreed to settle the Third Cause of Action

1

in the Third Amended Complaint. On April 20, 2010, this Court held a fairness hearing, at which time no one appeared to object to the Settlement Agreement. Moreover, prior to the date of the fairness hearing, neither this Court nor counsel received any correspondence from any potential objectors. Accordingly, for the reasons stated on the record at today's fairness hearing, and for the reasons stated in the Order Preliminarily Approving the Settlement Agreement, the Settlement Agreement is hereby finally approved by this Court.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         April 20, 2010

## - Appearances -

**For Plaintiffs:**

Thomas Hoffman, Esq.
Law Offices of Thomas Hoffman, P.C.
250 West 57th Street, Suite 1020
New York, New York 10107
(212) 581-1180

**For Defendants:**

Robert L. Kraft
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8632