UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BARBARA FINCH individually, on behalf of Manny Moe :
and on behalf of all others similarly situated,
CAROL JORDAN, individually and on behalf of all others:
similarly situated and BARBARA ORTIZ, individually     **ORDER**
and on behalf of all others similarly situated,       :

                                04 Civ. 1668 (SAS)

                Plaintiffs,      :
-against-
                                       :

NEW YORK STATE OFFICE OF CHILDREN AND
FAMILY SERVICES; JOHN A. JOHNSON, individually :
and in his capacity as the Commissioner of the New York
State Office of Children and Family Services;      :
THE CITY OF NEW YORK, ADMINISTRATION FOR
CHILDREN'S SERVICES; WILLIAM C. BELL,      :
individually and in his capacity as Commissioner of the
Administration for Children's Services of the City of      :
New York; DAVE R. PETERS, individually and in his
capacity as Director, State Central Register, New York :
State Office of Children and Family Services, Division of
Development and Prevention Services; JANE DOE 1,   :
individually and in her capacity as a Supervisor of the
State Central Register; JANE DOE 2, individually and in :
her capacity as an employee of the State Central Register;
JOHN DOE 1, individually and in his capacity as a   :
Supervisor of Administration for Children's Services;
JOHN DOE 2, individually and in his capacity as an  :
employee of Administration for Children's Services;
NEW ALTERNATIVES FOR CHILDREN, INC.;       :
and TALBOT PERKINS AGENCY.
                                       :
                Defendants.
-------------------------------------------------------------------x

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        The parties have entered into Stipulations of Settlement of the Subclass A claims, dated November 4, 2010 and November 19, 2010 (collectively the "Settlement Agreement"), in which the parties agreed to settle the remaining First and Second Causes

of Action in the Third Amended Complaint. Settlement of the Third Cause of Action was finally approved on April 20, 2010.

On February 7, 2011, this Court held a Fairness Hearing, at which time no one appeared to object to the Settlement Agreement. Prior to the date of the fairness hearing, neither this Court nor counsel received any correspondence from any potential objectors. Accordingly, for the reasons stated on the record at the February 7, 2011 fairness hearing, and for the reasons stated in the Order Preliminarily Approving the Settlement Agreement, the Settlement Agreement is hereby finally approved by this Court.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         February 17, 2011

## - Appearances -

**For Plaintiffs:**

Thomas Hoffman, Esq.
Thomas Hoffman Law Offices, P.C.
250 West Street, Suite 1020
New York, NY 10107
(212) 581-1180

**For Defendants:**

Robert Lewis Kraft
Assistant Attorney General
Office of the Attorney General
 – New York State
120 Broadway
New York, NY 10271
(212) 416-8632